UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAI'LEN JOHNSON-HERRING,<br><br>     Plaintiff,<br><br> v.<br><br>INTER-CON SECURITY SYSTEMS, INC., et al.,<br><br>     Defendants. | Case No. C25-2191-JCC<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

  Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

  Dated this 6th day of November, 2025.

                    S. KATE VAUGHAN
                    United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1